IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No: 8:08MJ34 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SILVIA VENZOR-ESTRADA, | ) | |
| | ) | |
| Defendant. | | |

**RE: MATERIAL WITNESS:**
**DANTE RAMIREZ-RIVERA**

 The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named material witness in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named material witness is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

   **IT IS ORDERED** that William J. Bianco is appointed as attorney of record for the above-named material witness in this matter and shall forthwith file an appearance in this matter.

   **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

   **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and William J. Bianco.

  DATED this 13th day of March, 2008.

                              BY THE COURT:


                              s/ Thomas D. Thalken
                              U.S. Magistrate Judge