IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
                                )        Case No: 8:08MJ34
              Plaintiff,         )
         v.                      )        **ORDER**
                                )
SILVIA VENZOR-ESTRADA,           )
                                )
              Defendant.

**RE: MATERIAL WITNESS:**
**MANUEL FERNANDO HERNANDEZ-AYALA**

    The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named material witness in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named material witness is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

    **IT IS ORDERED** that John D. McDermott is appointed as attorney of record for the above-named material witness in this matter and shall forthwith file an appearance in this matter.

    **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

    **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and John D. McDermott.

    DATED this 13th day of March, 2008.

BY THE COURT:


s/ Thomas D. Thalken
U.S. Magistrate Judge