IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>                                                              )<br>                    Plaintiff,             )<br>           v.                                         )<br>                                                              )<br>SILVIA VENZOR-ESTRADA,       )<br>                                                              )<br>                    Defendant.         ) | Case No: 8:08MJ34<br><br>**ORDER** |

**RE: MATERIAL WITNESS:**
**JACINTO RODRIGUEZ-LOPEZ**

  The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named material witness in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named material witness is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

   **IT IS ORDERED** that Hugh Reefe is appointed as attorney of record for the above-named material witness in this matter and shall forthwith file an appearance in this matter.

   **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

   **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Hugh Reefe.

   DATED this 13th day of March, 2008.

                                                            BY THE COURT:


                                                            s/ Thomas D. Thalken
                                                            U.S. Magistrate Judge